U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 DEC 21  PM 3:40

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

HENRY MOOERS, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

MIDDLEBURY COLLEGE,

        Defendant.

Case No. 2:20-cv-0144-wks

**STIPULATION AND ORDER TO STAY DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Henry Mooers and Defendant Middlebury College that, in the interest of judicial economy, the requirements of Local Rule 26(a)(2) pertaining to filing of a discovery schedule in this action should be stayed until after the resolution of any motions pursuant to Fed. R. Civ. P. 12 and the closing of pleadings.

Dated: December 18, 2020
       Rutland, Vermont

LARSON & GALLIVAN LAW, PLC

By: _/s Tristan C. Larson_
    Tristan C. Larson
    larson@larsongallivan.com
    128 Merchants Row, Suite 405
    Rutland, VT 05701
    Tel.: (802) 282-4768

*Attorneys for Plaintiff*

Dated: December 21, 2020
       Boston, Massachusetts

HOLLAND & KNIGHT LLP

By: _/s Jeffrey J. Nolan_
    Jeffrey J. Nolan
    jeffrey.nolan@hklaw.com
    10 St. James Avenue, 15th Floor
    Boston, MA 02116
    Tel.: (617) 854-1459

*Attorneys for Defendant*

ORDERED: _____  12/21/20

Hon. Christina Reiss, United States District Judge

#81047259_v1