# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| HENRY MOOERS, on behalf of himself and all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>Middlebury College<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  2:20-cv-144<br>)<br>)<br>)<br>) |

# JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document 119) filed October 17, 2024, defendant's Motion for Summary Judgment (Document 94) is GRANTED. JUDGMENT is hereby entered for defendant Middlebury College, against plaintiff Henry Mooers.

Date:  October 17, 2024

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  10/17/2024

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*